**1Starr DALTON, Petitioner,**

v.

**State of WEST VIRGINIA, Respondent.**

**No. 10–2132.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Nov. 29, 2010.

On Petition for Writ of Habeas Corpus.

1Starr Dalton, Petitioner Pro Se.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

1Starr Dalton filed a petition for an original writ of habeas corpus challenging his 1999 conviction for robbery. This court ordinarily declines to entertain original habeas petitions, and this case provides no reason to depart from the general rule. Moreover, we find that the interests of justice would not be served by transferring the petition to the district court.* *See* 28 U.S.C. § 1631 (2006); Fed. R.App. P. 22(a). Accordingly, we dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DISMISSED.*

---

* The district court has previously denied Dalton's habeas petition filed pursuant to 28 U.S.C. § 2254 (2006), *see Dalton v. McBride,* No. 1:07–cv–00074, 2007 WL 2021877 (S.D.W.Va. July 9, 2007); *Dalton v. Rubenstein,* No. 1:08–cv–00901, 2009 WL 564585

(S.D.W.Va. Mar. 3, 2009). On appeal this court denied a certificate of appealability and dismissed. *Dalton v. McBride,* 251 Fed.Appx. 824 (4th Cir.2007) (unpublished); *Dalton v. Rubenstein,* 340 Fed.Appx. 171 (4th Cir.2009) (unpublished).